1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   CLARENCE LONNELL ROBERSON,          No.  2:17-cv-2376-EFB P

11                 Plaintiff,

12         v.                             ORDER AND FINDINGS AND
                                          RECOMMENDATIONS
13   SENIOR MTS AND Q-1 EXTRACTION
     TEAM,
14
                   Defendants.
15

16

17         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

19   U.S.C. § 636(b)(1).

20         On May 17, 2019, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A.

21   ECF No. 16.  The court dismissed the complaint for failure to comply with Rules 8(a) and 10(a)

22   of the Federal Rules of Civil Procedure, explained the deficiencies therein, and granted plaintiff

23   thirty days in which to file an amended complaint to cure the deficiencies. The order warned

24   plaintiff that failure to file an amended complaint could result in the dismissal of this action.  The

25   time for acting has passed and plaintiff has not filed an amended complaint or otherwise

26   responded to the court's order.  Thus, it appears that plaintiff is unable to cure the defects in the

27   complaint.

28   /////

Accordingly, it is ORDERED that the Clerk of the Court randomly assign a United States District Judge to this case.

Further, it is RECOMMENDED that this action be DISMISSED without prejudice for the reasons stated in the May 17, 2019 order (ECF No. 16).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 25, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE